**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In The Matter Of:　　　　　　　　　　　　In Bankruptcy:

ARNISHA BRITTAIN　　　　　　　　　　　Case No. 14-22541-DOB
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　Debtor(s).　　　　／　　　　Hon. DANIEL S. OPPERMAN

## CERTIFICATE OF DISTRIBUTION

Collene K. Corcoran, Trustee of the above-named estate, hereby states the following:

1.　That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2.　That the Trustee has collected $5,797.00 and disbursed $1,530.00, leaving a balance on hand of $4,267.00, which funds are deposited in an account at Bank of Texas;

3.　That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Collene K. Corcoran Trustee Fee – Per Order Dated 9/8/15 | $1,074.25 | 100.00% | $1,074.25 |
| Collene K. Corcoran Trustee Expense – Per Order Dated 9/8/15 | $30.00 | 100.00% | $30.00 |
| | | **Subtotal:** | **$1,104.25** |

| | Unsecured Claims | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 1 | Michigan Department of Treasury | $17,746.08 | 15.64% | $2,774.97 |
| 2 | CONSUMERS ENERGY COMPANY | $1,598.22 | 15.64% | $249.92 |
| 3 | American InfoSource LP as agent for | $881.63 | 15.64% | $137.86 |
| | | | **Subtotal:** | **$3,162.75** |
| | | | **Total:** | **$4,267.00** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of her knowledge.

Dated: September 9, 2015          /s/ COLLENE K. CORCORAN
                                  Collene K. Corcoran, Chapter 7 Trustee
                                  P.O. Box 535
                                  Oxford MI 48371
                                  Phone: (248) 969-9300
                                  E-mail: trusteecorcoran@gmail.com